JULY 27, 1942

**No. 47432.**——Protest 50963–K of B. R. Anderson & Co. Plaintiffs' application for rehearing granted.

**No. 47433.**——Protest 59150–K of Pioneer Import Corp. C. D. 636. Plaintiff's application for rehearing denied.

AUGUST 4, 1942

**No. 47434.**—Suit 4379.——*Absorbo Beer Pad Co., Inc.* v. *United States.* C. D. 580 reversed June 15, 1942; not yet reported.

BEFORE THE SECOND DIVISION, AUGUST 5, 1942

**No. 47435.**— Protests 838440–G, etc., of Allied Stores Corp. et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47436.**— Protests 34488–K (C), etc., of W. X. Huber Co. et al. (Los Angeles, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 47437.**—Protests 36517–K, etc., of Dan Brechner & Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and following in principle *Woolworth* v. *United States* (26 C. C. P. A. 221, C. A. D. 20) the protests were sustained as to this item.

**No. 47438.**—Protests 949096–G, etc., of Thomas Import Co. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Minami* (29 C. C. P. A. 169, C. A. D. 188) the claim at 35 percent under paragraph 353 was sustained.